IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TANESHEA POINTER                                                              Plaintiffs

vs.                                    3:05-CV-68 JMM

CRAIGHEAD NURSING CENTER                                                      Defendant

## ORDER OF DISMISSAL

The Court has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice.  The Court retains complete jurisdiction for  30  days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.  The parties may file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions are denied as being moot.

Dated this  12th  day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE